EXHIBIT A: SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME: JOLIE SAVAGE v. CITY OF WHITTIER, et al

CASE NO.:  21-cv-08067-VAP-PD

| Matter | Plaintiff(s) Request | Defendant(s) Request | Court's Order |
|---|---|---|---|
| Trial Date (**Tuesday**) Jury ☒ Court ☐ Length: ____ Days | 8-22-2023 | 8-22-2023 | |
| Pretrial Conf., L.R. 16; Hearing on Motions in Limine | 8-7-2023 | 8-14-2023 | |
| Last day to conduct Settlement Conf., L.R. 16-15 | | 6-26-2023 | |
| Last day for **hearing** non-discovery motions | 6-26-2023 | 6-26-2023 | |
| All Discovery Cutoff, including hearing all discovery motions | Fact: 2-6-2023 Expert: 3-20-2023 | Fact: 2-6-2023 Expert: 3-20-2023 | |
| Expert Disclosure (rebuttal) | 3-6-2023 | 3-6-2023 | |
| Expert Disclosure (initial) | 2-20-2023 | 2-20-2023 | |
| Last day to amend pleadings or add parties | | 6-6-2023 | |
| Last day for filing motion for class certification (if applicable) | | | |
| Hearing on motion for class certification (if applicable) | | | |

LOCAL RULE 16-15 Settlement Choice:

☐ U.S. Magistrate Judge (#1)

☒ Attorney Settlement Officer Panel (#2)

☐ Outside ADR (#3)