Name, Address and Telephone Number of Attorney(s):

Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Burke, Williams & Sorensen, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOLIE SAVAGE,

v.                                        Plaintiff(s)

CITY OF WHITTIER, et al.,

                                        Defendant(s).

CASE NUMBER
21-cv-08067-VAP-PD

**REQUEST:
ADR PROCEDURE SELECTION**

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the
☐ magistrate judge assigned to the case *or* ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.

☒ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: _____          _____

                               Attorney for Plaintiff _____

Dated: _____          _____

                               Attorney for Plaintiff _____

Dated: 3/28/2022                /s/ Nathan A. Oyster

                                              City of Whittier, Paul Segura,
                                              Mark Goodman, John Draper,
                                              Michael Przybyl, Jason Zuhlke,
                               Attorney for Defendant And Jeffrey Robert

Dated: _____          _____

                               Attorney for Defendant _____

NOTE: If additional signatures are required, attach an additional page to this request.

ADR-01 (04/18)                REQUEST: ADR PROCEDURE SELECTION                Page 1 of 1
LA #4885-2379-2153 v1

American LegalNet, Inc.
www.FormsWorkFlow.com