# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLIE SAVAGE | CASE NUMBER: |
| Plaintiff(s), | 2:21−cv−08067−VAP−PD |
| v. | |
| CITY OF WHITTIER, et al. | |
| Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __3/28/2022__

Document Number(s):   __32__

Title of Document(s):   __PLAINTIFFS AND DEFENDANTS JOINT RULE 26(f) REPORT__

**ERROR(S) WITH DOCUMENT:**

The Request: ADR Procedure Selection − ADR Selection Procedure No. 2 should be submitted as a separate document with the proposed order

Other:

**Note:     In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

By:  _/s/ Sharon Hall−Brown_
Dated:_ March 29, 2022_          _Sharon  Hall−Brown@cacd.uscourts.gov_
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G−112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**