UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | **2:21-cv-08067-VAP-PDx** | Date | April 6, 2022 |
|---|---|---|---|
| Title | *Jolie Savage v. City of Whittier et al* | | |

Present: The Honorable    VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| CHRISTINE CHUNG | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    MINUTE ORDER SETTING TRIAL DATES (IN CHAMBERS)**

The Court has reviewed the parties' Joint Rule 26(f) Report.  (Dkt. 32).  The Court adopts the following schedule (**note changes from the parties' requested dates**):

| | |
|---|---|
| Last date for hearing motions to amend pleadings or add parties: | 5/23/2022 |
| Last date to conduct settlement conference (ADR #2): | 5/16/2022 |
| Initial Expert Disclosures: | 6/27/2022 |
| Rebuttal Expert Disclosures: | 7/11/2022 |
| All Discovery cutoff: | 8/22/2022 |
| Last date for hearing non-discovery motions: | 10/3/2022 |
| Pre-trial conference (hearing on motions in limine): | 10/31/2022 at 2:30 p.m. |
| Trial date (jury trial, 4 days): | 11/1/2022 at 8:30 a.m. |

**IT IS SO ORDERED.**