Olu K. Orange
ORANGE LAW OFFICES
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
T-213-736-9900 / F-213-417-8800

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLIE SAVAGE<br><br>Plaintiff(s)<br>v.<br><br>CITY OF WHITTIER, ET AL.<br><br>Defendant(s). | CASE NUMBER:<br><br>CV21-08067-VAP-PD<br><br><br>**STIPULATION REGARDING<br>SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

[✓]  The parties stipulate that ___Thomas Feeley & Thomas Dempsey___ may serve as the Panel Mediator in the above-captioned case. ___Olu K. Orange, Esq.___ has contacted
(Print Name)
the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3)hours.  All parties and the Panel Mediator have agreed that the mediation will be held on ___May 16, 2022___ and counsel will submit mediation statements seven (7) calendar days
(Date)
before the session.

[ ]  The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: April 27, 2022 _____      /s/ - Olu K. Orange _____

Attorney For Plaintiff  Jolie Savage _____

Dated: _____      _____

Attorney For Plaintiff _____

Dated: April 27, 2022 _____      /s/ - Nathan Oyster _____

Attorney For Defendant  All _____

Dated: _____      _____

Attorney For Defendant _____

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)          STIPULATION REGARDING SELECTION OF PANEL MEDIATOR