Olu K. Orange
ORANGE LAW OFFICES
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
T-213-736-9900 / F-213-417-8800

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOLIE SAVAGE

Plaintiff(s)

v.

CITY OF WHITTIER, ET AL.

Defendant(s).

**CASE NUMBER:**

CV21-08067-VAP-PD

**AMENDED**
**STIPULATION REGARDING**
**SELECTION OF PANEL MEDIATOR**

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that ____Thomas Feeley ~~& Thomas Dempsey~~____ may serve as the Panel Mediator in the above-captioned case. ____Olu K. Orange, Esq.____ has contacted
(Print Name)
the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on ____May 16, 2022____ and counsel will submit mediation statements seven (7) calendar days
(Date)
before the session.

☐ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: April 27, 2022            /s/ - Olu K. Orange _____

Attorney For Plaintiff   Jolie Savage _____

Dated: _____            _____

Attorney For Plaintiff   _____

Dated: April 27, 2022            /s/ - Nathan Oyster _____

Attorney For Defendant   All _____

Dated: _____            _____

Attorney For Defendant   _____

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)            **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**