**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOLIE SAVAGE,<br><br>Plaintiff(s)<br><br>v.<br><br>CITY OF WHITTIER, JEFF PIPER, PAUL SEGURA, MARK GOODMAN, JOHN DRAPER, MICHAEL PRZYBYL, JASON ZUHLKE, JEFFREY ROBERT, AND DOES 1 THROUGH 10,<br><br>Defendant(s). | CASE NUMBER:<br><br>21-cv-08067-VAP-PD<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

City of Whittier      ☐ Plaintiff   ☒ Defendant   ☐ Other
*Name of Party*

to substitute   Nathan A. Oyster   who is

   ☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

444 South Flower Street, Suite 2400
*Street Address*

Los Angeles, CA 90071      noyster@bwslaw.com
*City, State, Zip*      *E-Mail Address*

213.236.0600      213.236.2700      225307
*Telephone Number*      *Fax Number*      *State Bar Number*

as attorney of record instead of    Daniel S. Cha, Ferguson, Praet & Sherman
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**    ☐ **GRANTED**      ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____      _____
         U. S. District Judge/U.S. Magistrate Judge