Dan Stormer, Esq. [S.B. #101967]
Rebecca Brown, Esq. [S.B. #336638]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 585-9600 / Fax: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        rbrown@hadsellstormer.com

Olu K. Orange, Esq. (SBN 213653)
ORANGE LAW OFFICES
3435 Wilshire Blvd, # 2910
Los Angeles, CA 90010
Tel: (213) 736-9900
orangelawoffices@att.net

Attorneys for Plaintiff
  JOLIE SAVAGE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLIE SAVAGE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WHITTIER, PAUL SEGURA, MARK GOODMAN, JOHN DRAPER, MICHAEL PRZYBYL, JASON ZUHLKE, JEFFREY ROBERT, AND DOES 1 THROUGH 10.<br><br>Defendants. | Case No.: 21-cv-08067-VAP-PD<br><br>[Assigned to the Honorable Michelle Williams Court - Department 6A]<br><br>**PLAINTIFF'S TRIAL WITNESS LIST**<br><br>Complaint filed:  October 10, 2021<br>Trial:  December 8, 2025 |

PLTF'S TRIAL WITNESS LIST

| Witness's Name, * Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| 1. Plaintiff Jolie Savage | Plaintiff | 2 hr | | |
| 2. Defendant John Draper | Defendant | | 1 hr | |
| 3. Defendant Mark Goodman | Defendant | | 1 hr | |
| 4. Defendant Paul Segura | Defendant | | 1 hr | |
| 5. Defendant Michael Przybyl | Defendant | | 1 hr | |
| 6. Defendant Jason Zuhlke | Defendant | | 1 hr | |
| 7. Roger Clark, c/o Plaintiff's counsel | Police Practices Expert | 1 hr | | |
| 8. Quincelle Savage, c/o Plaintiff's counsel | Witness to incident & damages | 45 min | | |
| 9. Raffy Mizrayan, 1011 Baldwin Park Blvd. Baldwin Park, CA 91706, (833) 574-2273 | Plaintiff's orthopedic doctor, treated injury at issue | 45 min | | |
| 10. Melissa May Lew, 1249 S Sunset Ave West Covina, CA 91790, 833-574-2273 | Plaintiff's primary care doctor, treated Plaintiff after incident | 30 min | | |
| 11. William Tully*, Rosa Parks Fwy, Los Angeles, CA 90034, (626) 851-1011 | Plaintiff's doctor, treated injury at issue. Will authenticate & lay foundation for medical records. | 30 min | | |
| 12. Kevin Luan Vuong, 11211 | Treated Plaintiff day after incident. Will authenticate | 30 min | | |

-1-

PLTF'S TRIAL WITNESS LIST

| Witness's Name, * Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Sepulveda Blvd. Mission Hills, CA 91345, (818) 365-9531 | & lay foundation for medical records. | | | |
| 13. Mario Perez*, 1011 Baldwin Park Blvd. Baldwin Park, CA 91706, (833) 574-2273 | Treated Plaintiff for ongoing injury and pain from incident. Will authenticate & lay foundation for medical records. | 20 min | | |
| 14. Christopher Jay Shean*, 1011 Baldwin Park Blvd. Baldwin Park, CA 91706, (833) 574-2273 | Treated Plaintiff for ongoing injury and pain from incident. Will authenticate & lay foundation for medical records. | 20 min | | |
| 15. Sarah Hall, 1011 Baldwin Park Blvd. Baldwin Park, CA 91706, (833) 574-2273 | Plaintiff's physical therapy provider for injuries from incident. Will authenticate & lay foundation for medical records. | 30 min | | |
| 16. Ma Glaiza Navarro*, 902 Feather Ave. La Puente, CA 91746, 323-363-9404 | Plaintiff's physical therapy provider for injuries from incident. Will authenticate & lay foundation for medical records. | 15 min | | |
| 17. David Oren de Witt, 1011 Baldwin Park Blvd. Baldwin Park, CA 91706, (833) 574-2273 | Treated Plaintiff for injury from incident. Will authenticate & lay foundation for medical records. | 20 min | | |
| 18. Shawn Yoshida*, 1011 Baldwin Park Blvd. | Plaintiff's physical therapy provider for injuries from incident. | 15 min | | |

PLTF'S TRIAL WITNESS LIST

-2-

| Witness's Name, * Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Baldwin Park, CA 91706, (833) 574-2273 | Will authenticate & lay foundation for medical records. | | | |
| 19. Mauricio Acevedo*, 1011 Baldwin Park Blvd. Baldwin Park, CA 91706, (833) 574-2273 | Treated Plaintiff for injury from incident. Will authenticate & lay foundation for medical records. | 15 min | | |
| 20. Ana Alfonso, 1011 Baldwin Park Blvd. Baldwin Park, CA 91706, (833) 574-2273 | Plaintiff's occupational therapy provider for injuries from incident. Will authenticate & lay foundation for medical records. | 30 min | | |
| 20. Daniel Lopez-Uribe*, 3280 E. Foothill Blvd. Pasadena, CA 91107, 833-574-2273 | Treated Plaintiff for injury from incident. Will authenticate & lay foundation for medical records. | 15 min | | |
| 21. Kim Doan Thai*, 1011 Baldwin Park Blvd. Baldwin Park, CA 91706, (833) 574-2273 | Treated Plaintiff for injury from incident. Will authenticate & lay foundation for medical records. | 15 min | | |
| 22. Kaiser Permanente Custodian of Records*, 1011 Baldwin Park Blvd. Baldwin Park, CA 91706, (833) 574-2273 | Will authenticate & lay foundation for medical records. | 15 min | | |
| 23. Fresh Acupuncture | Will authenticate & lay foundation for | 15 min | | |

PLTF'S TRIAL WITNESS LIST

-3-

| Witness's Name, * Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Custodian of Records*, 2117 Foothill Blvd. La Verne, CA 91750, 909-593-3050 | acupuncture medical records. | | | |
| 24. David Elizarraras | City of Whittier's 30(b)(6) designee. Will testify regarding Department training re. crowd control, arrests, and use of force | 30 min | | |
| 25. Kevin Ramos | City of Whittier's 30(b)(6) designee. Will testify regarding Department policy re. crowd control, arrests, and use of force | 30 min | | |

Respectfully Submitted,

Dated: October 24, 2025          HADSELL STORMER RENICK & DAI LLP


By: ___/s/  Rebecca Brown_____
         Dan Stormer
         Rebecca Brown
Attorneys for Plaintiff

PLTF'S TRIAL WITNESS LIST                    -4-