Dan Stormer, Esq. [S.B. #101967]
Rebecca Brown, Esq. [S.B. #336638]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 585-9600 / Fax:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
         rbrown@hadsellstormer.com

Olu K. Orange, Esq. (SBN 213653)
ORANGE LAW OFFICES
3435 Wilshire Blvd, # 2910
Los Angeles, CA 90010
Tel: (213) 736-9900
orangelawoffices@att.net

Attorneys for Plaintiff
JOLIE SAVAGE

Nathan A. Oyster [Bar No. 225307]
*noyster@bwslaw.com*
Caylin Jones [Bar No. 327829]
*cjones@bwslaw.com*
Zareh Bursalyan [Bar No. 356603]
*zbursalyan@bwslaw.com*
BURKE WILLIAMS & SORENSEN, LLP
444 South Flower, 40th Floor
Los Angeles, California 90071
Tel: (213) 236-0600 / Fax: (213) 236-2700

Attorneys for Defendants
PAUL SEGURA, MARK GOODMAN,
JOHN DRAPER, MICHAEL PRZYBYL, and
JASON ZUHLKE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLIE SAVAGE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WHITTIER, PAUL SEGURA, MARK GOODMAN, JOHN DRAPER, MICHAEL PRZYBYL, JASON ZUHLKE, JEFFREY ROBERT, AND DOES 1 THROUGH 10.<br><br>Defendants. | Case No.: 21-cv-08067-MWC-PD<br><br>[Assigned to the Honorable Michelle Williams Court - Department 6A]<br><br>**JOINT STATUS REPORT RE SETTLEMENT**<br><br>Complaint filed:    October 10, 2021<br>Trial:                    December 8, 2025 |

JOINT STATUS REPORT
RE SETTLEMENT

Plaintiff Jolie Savage, by and through her counsel of record, Hadsell Stormer Renick & Dai LLP, and Defendants Paul Segura, Mark Goodman, John Draper, Michael Przybyl, and Jason Zuhlke, by and through their counsel of record, Burke, Williams & Sorensen LLP, hereby submit the following joint status report regarding settlement:

On May 16, 2022, the Parties attended mediation with Thomas Feeley and Thomas Dempsey. The parties were not able to reach a resolution. On January 24, 2024, and April 17, 2024, the Parties attended mediation with Ninth Circuit mediator Roxane Ashe. The parties were not able to reach a resolution.

Respectfully Submitted,

Dated: October 24, 2025      HADSELL STORMER RENICK & DAI LLP

By: ___/s/ Rebecca Brown___
Dan Stormer
Rebecca Brown
Attorneys for Plaintiff

Dated: October 24, 2025      Respectfully Submitted,

BURKE, WILLIAMS & SORENSEN, LLP

By: ___/s/ Nathan A. Oyster___
Nathan A. Oyster
Caylin Jones
Zareh Bursalyan
Attorneys for Defendants PAUL SEGURA, MARK GOODMAN, JOHN DRAPER, MICHAEL PRZYBYL, and JASON ZUHLKE

JOINT STATUS REPORT
RE SETTLEMENT

-1-

## **ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 24, 2025                    By:    /s/   Rebecca Brown
                                                                Rebecca Brown
                                                                Attorney for Plaintiff

JOINT STATUS REPORT                              -2-
RE SETTLEMENT