Dan Stormer, Esq. [S.B. #101967]
Rebecca Brown, Esq. [S.B. #336638]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 585-9600 / Fax:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
          rbrown@hadsellstormer.com

Olu K. Orange, Esq. (SBN 213653)
ORANGE LAW OFFICES
3435 Wilshire Blvd, # 2910
Los Angeles, CA 90010
Tel: (213) 736-9900
orangelawoffices@att.net

Attorneys for Plaintiff
JOLIE SAVAGE

Nathan A. Oyster [Bar No. 225307]
*noyster@bwslaw.com*
Caylin Jones [Bar No. 327829]
*cjones@bwslaw.com*
Zareh Bursalyan [Bar No. 356603]
*zbursalyan@bwslaw.com*
BURKE WILLIAMS & SORENSEN, LLP
444 South Flower, 40th Floor
Los Angeles, California 90071
Tel: (213) 236-0600 / Fax: (213) 236-2700

Attorneys for Defendants
PAUL SEGURA, MARK GOODMAN,
JOHN DRAPER, MICHAEL PRZYBYL, and
JASON ZUHLKE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLIE SAVAGE,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF WHITTIER, PAUL SEGURA, MARK GOODMAN, JOHN DRAPER, MICHAEL PRZYBYL, JASON ZUHLKE, JEFFREY ROBERT, AND DOES 1 THROUGH 10.<br><br>        Defendants. | Case No.: 21-cv-08067-MWC-PD<br><br>[Assigned to the Honorable Michelle Williams Court - Department 6A]<br><br>**JOINT EXHIBIT LIST**<br><br>Pretrial Conference:<br>Date:        November 21, 2025<br>Time:        1:30 p.m.<br>Courtroom:  6A<br><br>Complaint filed:    October 10, 2021<br>Trial:              December 8, 2025 |

JOINT EXHIBIT LIST

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 16-6 and the Court's Pretrial and Trial Order, Plaintiff Jolie Savage ("Plaintiff") and Defendants Paul Segura, Mark Goodman, John Draper, Michael Przybyl, and Jason Zuhlke(collectively "Defendants") (collectively "the Parties") hereby submit their Joint Trial Exhibit List, which sets forth the exhibits one or all of the Parties may seek to offer as evidence at trial.

The Parties reserve their respective rights to supplement and identify additional exhibits, including but not limited to for purposes of rebuttal and/or impeachment.

| Ex. No. | Description | Witness Establishing Foundation | Objection to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 1. | Whittier Police Department Operation Plan dated 7/28/2020 (CITY 369-383) **[Draper Depo. Ex. 1]** | Deft. Przybyl | None | | | |
| 2. | Whittier Police Department Non-Release Form of Jolie Savage dated 7/28/2020 (CITY 52) **[Draper Depo. Ex. 3]** | Deft. Draper | None | | | |
| 3. | Whittier Police Department Policy Manual Policy 468 (CITY 328-33) **[Ramos Depo. Ex. 2]** | Kevin Ramos | None | | | |

JOINT EXHIBIT LIST

-1-

| Ex. No. | Description | Witness Establishing Foundation | Objection to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 4. | Whittier Police Department SOR Mobile Field Force Tactics (SAVAGE 152-74) **[Ramos Depo. Ex. 3]** | Kevin Ramos | None | | | |
| 5. | Whittier Police Department Policy Manual Policy 402 (CITY 350-52) **[Ramos Depo. Ex. 4]** | Kevin Ramos | None | | | |
| 6. | Whittier Police Department Policy Manual Policy 300 (CITY 311-17) **[Ramos Depo. Ex. 5]** | Kevin Ramos | None | | | |
| 7. | Whittier Police Department Policy Manual Policy 306 (CITY 320-24) **[Ramos Depo. Ex. 6]** | Kevin Ramos | None | | | |
| 8. | Video (CITY 75) **[Durflinger Depo. Ex. 100]** | Keith Durflinger | None | | | |
| 9. | Encounter Records for 12-16-21 **[Mirzayan Depo. Ex. 2]** | Raffy Mirzayan | Defendants object: Lacks expert foundation; no objection to authenticity | Dr. Mizrayan was designated as an expert and is qualified as an expert due to his medical | | |

JOINT EXHIBIT LIST

-2-

| Ex. No. | Description | Witness Establishing Foundation | Objection to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | | | | training and experience. FRE 702. | | |
| 10. | Encounter Notes from 6-8-22 **[Mizrayan Depo. Ex. 3]** | Raffy Mizrayan | Defendants object: Lacks expert foundation; no objection to authenticity | Dr. Mizrayan was designated as an expert and is qualified as an expert due to his medical training and experience. FRE 702. | | |
| 11. | Report of 10-3-22 Operation **[Mizrayan Depo. Ex. 4]** | Raffy Mizrayan | Defendants object: Lacks expert foundation; no objection to authenticity | Dr. Mizrayan was designated as an expert and is qualified as an expert due to his medical training and experience. FRE 702. | | |
| 12. | Clinical Notes 7/29/2020 **[Lew Depo. Ex. 3]** | Melissa May Lew | None | | | |
| 13. | Clinical Notes 9/27/2021 **[Lew Depo. Ex. 4]** | Melissa May Lew | None | | | |
| 14. | Video 00000.MTS (CITY 409) | Deft. Zuhlke | None | | | |
| 15. | Video 00003.MTS (CITY 409) | Deft. Zuhlke | None | | | |
| 16. | Video 00004.MTS (CITY 409) | Deft. Zuhlke | None | | | |

JOINT EXHIBIT LIST

-3-

| Ex. No. | Description | Witness Establishing Foundation | Objection to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 17. | Video 00005.MTS (CITY 409) | Deft. Zuhlke | None | | | |
| 18. | Video 00006.MTS (CITY 409) | Deft. Zuhlke | Plaintiff objects to 6:48-7:02: subject to Plaintiff's Motion *in Limine* no. 1; Irrelevant; substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, needlessly presenting cumulative evidence, than probative. FRE 401, 402, 403. | The portion to which Plaintiff objects is directly relevant to the claims at trial and is not unduly prejudicial. | | |
| 19. | Chapman Invoice, dated June 25, 2022 (CITY 410-11) | Clarence Chapman | None | | | |
| 20. | Video of arrest of Plaintiff (IMG 6444) | Plaintiff | None | | | |
| 21. | Progress Notes, dated August 7, 2020 (SAVAGE 8) | William Tully | None | | | |
| 22. | Photo of Plaintiff | Plaintiff | None | | | |

JOINT EXHIBIT LIST

-4-

| Ex. No. | Description | Witness Establishing Foundation | Objection to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
|  | (SAVAGE 175) |  |  |  |  |  |
| 23. | Progress Notes, dated December 16, 2021 (SAVAGE 199) | Raffy Mizrayan | None |  |  |  |
| 24. | After Visit Summary, dated December 16, 2021 (SAVAGE 200) | Raffy Mizrayan | None |  |  |  |
| 25. | Kaiser Permanente Medical Records, dated July 29, 2020 through November 22, 2022 (SAVAGE 201-410) | Kaiser Permanente Custodian of Records, Raffy Mizrayan, Melissa May Lew, Daniel Lopez-Uribe, Mario Perez, Christopher Jay Shean, William Tully, Sarah Hall, Shawn Yoshida, Mauricio Acevedo, Ana Alfonso, Ma Glaiza P Navarro, David Oren de Witt | Defendants object:  Lacks expert foundation regarding causation between incident and treatment; no objection to authenticity | Plaintiff's medical providers have been designated as experts and are qualified as experts due to their medical training and experience, as well as their treatment of Plaintiff. FRE 702. |  |  |
| 26. | Photos of Plaintiff's injuries | Plaintiff | No objection to SAVAGE 412-427 | Plaintiff will lay the foundation for |  |  |

JOINT EXHIBIT LIST

-5-

| Ex. No. | Description | Witness Establishing Foundation | Objection to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | (SAVAGE 412-429) | | Defendants object to SAVAGE 428-429: Lacks expert foundation | the photographs of herself. No expert foundation is needed. FRE 701, 702. | | |
| 27. | Kaiser Permanente Medical Records, dated December 15, 2022 through December 21, 2023 (SAVAGE 430-456) | Kaiser Permanente Custodian of Records, Raffy Mizrayan, David Oren de Witt, Kim Doan Thai | Defendants object: Lacks expert foundation regarding causation between incident and treatment; no objection to authenticity | Plaintiff's medical providers have been designated as experts and are qualified as experts due to their medical training and experience, as well as their treatment of Plaintiff. FRE 702. | | |
| 28. | Acupuncture treatment records, dated February 16, 2024 through April 9, 2024 (SAVAGE 457-74) | Fresh Acupuncture Custodian of Records | None | | | |
| 29. | Kaiser Permanente Medical Records, dated November 28, 2022 through March 6, 2023 (SAVAGE 475-535) | Kaiser Permanente Custodian of Records, Hannah Ibarrola, Ana Alfonso, Sarah Hall, Cindy Canlas Eslava | Defendants object: Lacks expert foundation regarding causation between incident and treatment; no objection to authenticity | Plaintiff's medical providers have been designated as experts and are qualified as experts due to their medical training and experience, as well as their | | |

| Ex. No. | Description | Witness Establishing Foundation | Objection to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | | | | treatment of Plaintiff. FRE 702. | | |
| 30. | CV of Roger Clark | Roger Clark | Defendants object: Relevance; hearsay. | Mr. Clark's CV is relevant to his qualifications and credibility as an expert witness. It is not hearsay because it is not introduced for the truth of its contents. | | |
| 31. | List of Testimony of Roger Clark | Roger Clark | Defendants object: Relevance; hearsay. | Mr. Clark's list of testimony is relevant to his qualifications and credibility as an expert witness. It is not hearsay because it is not introduced for the truth of its contents. | | |
| 101. | Video of protest incident from OnScene.TV (CITY 00074) from 0:00 to 4:52 and 7:39 to END | OnScene.TV custodian of records | Plaintiff objects: Irrelevant; substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, needlessly presenting cumulative | The video is directly relevant to Plaintiff's First Amendment claim as it shows the totality of the events occurring on the date of the incident. The video is not unduly prejudicial. | | |

JOINT EXHIBIT LIST

-7-

| Ex. No. | Description | Witness Establishing Foundation | Objection to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | | | evidence, than probative. FRE 401, 402, 403; Lacks authentication. FRE 901. | | | |
| 102. | Video depicting Plaintiff's arrest (SAVAGE 411) | Plaintiff | None. | | | |
| 103. | Video depicting Plaintiff's involvement in protest (SAVAGE 430) | Plaintiff | Plaintiff objects: Irrelevant; substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, needlessly presenting cumulative evidence, than probative. FRE 401, 402, 403; Improper character evidence. FRE 404; Lacks personal knowledge. FRE 602; Lacks authentication. FRE 901. | The video was produced by Plaintiff in discovery, which serves as authentication. The video is relevant to Plaintiff's First Amendment claim and is not unduly prejudicial. | | |
| 104. | Video depicting | Plaintiff | None. | | | |

JOINT EXHIBIT LIST

-8-

| Ex. No. | Description | Witness Establishing Foundation | Objection to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Plaintiff's arrest (SAVAGE 431) | | | | | |
| 105. | Report of Clarence Chapman (for identification only) | Clarence Chapman | Plaintiff objects: Subject to Parties' stipulation re. police practices experts; Hearsay without exception. FRE 801, 802; Relevance substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, needlessly presenting cumulative evidence. FRE 403. | Defendants list the exhibit for identification only and do not intend to move the exhibit into evidence. | | |
| 106. | Report of Dr. Keith Liberman (for identification only) | Dr. Keith Liberman | Plaintiff objects: Hearsay without exception. FRE 801, 802. | Defendants list the exhibit for identification only and do not intend to move the exhibit into evidence. | | |
| 107. | Whittier PD Arrest Report of Plaintiff | Draper | Plaintiff objects: Subject to | The exhibit is relevant to Plaintiff's | | |

JOINT EXHIBIT LIST

-9-

| Ex. No. | Description | Witness Establishing Foundation | Objection to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | (CITY 00001 to CITY 00010) | | Plaintiff's Motion *in Limine* No. 2; Hearsay without exception. FRE 801, 802; Relevance substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, needlessly presenting cumulative evidence. FRE 403; Improper character evidence. FRE 404; Lacks personal knowledge. FRE 602. | claims, is not unduly prejudicial, and falls within the hearsay exception of FRE Rule 803(8)(A)(ii). | | |
| 108. | Whittier PD Calls for Service History Report (CITY 00011 to CITY 00034) | Draper | Plaintiff objects: Hearsay without exception. FRE 801, 802; Irrelevant; substantially outweighed by danger of unfair prejudice, confusing the issues, | The exhibit is relevant to Plaintiff's claims, is not unduly prejudicial, and falls within the hearsay exception of FRE Rule 803(8)(A)(ii). | | |

JOINT EXHIBIT LIST

-10-

| Ex. No. | Description | Witness Establishing Foundation | Objection to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | | | misleading the jury, needlessly presenting cumulative evidence, than probative. FRE 401, 402, 403; Improper character evidence. FRE 404; Lacks personal knowledge. FRE 602; Lacks authentication. FRE 901. | | | |
| 109. | Whittier PD Arrestee Screening Form (CITY 00047 to CITY 00048) | Draper | Plaintiff objects: Hearsay without exception. FRE 801, 802; Irrelevant; substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, needlessly presenting cumulative evidence, than probative. FRE 401, 402, 403; Improper character | The exhibit is relevant to Plaintiff's claims, is not unduly prejudicial, and falls within the hearsay exception of FRE Rule 803(8)(A)(ii). | | |

JOINT EXHIBIT LIST

-11-

| Ex. No. | Description | Witness Establishing Foundation | Objection to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | | | evidence. FRE 404. | | | |
| 110. | Video 00001.MTS (CITY 409) | Zuhlke | Plaintiff objects: Irrelevant; substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the jury, needlessly presenting cumulative evidence, than probative. FRE 401, 402, 403; Improper character evidence. FRE 404; Lacks personal knowledge. FRE 602; Lacks authentication. FRE 901. | The video is relevant to Plaintiff's First Amendment claim and is not unduly prejudicial. | | |
| 111. | Video 00002.MTS (CITY 409) | Zuhlke | Plaintiff objects: Irrelevant; substantially outweighed by danger of unfair prejudice, confusing the issues, misleading the | The video is relevant to Plaintiff's First Amendment claim and is not unduly prejudicial. | | |

JOINT EXHIBIT LIST

-12-

| Ex. No. | Description | Witness Establishing Foundation | Objection to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | | | jury, needlessly presenting cumulative evidence, than probative. FRE 401, 402, 403; Improper character evidence. FRE 404; Lacks personal knowledge. FRE 602; Lacks authentication. FRE 901. | | | |

Respectfully Submitted,

Dated: October 24, 2025          HADSELL STORMER RENICK & DAI LLP


By: ___/s/ Rebecca Brown_____
          Dan Stormer
          Rebecca Brown
Attorneys for Plaintiff

Dated: October 24, 2025          Respectfully Submitted,

BURKE, WILLIAMS & SORENSEN, LLP


By: ___/s/  Nathan A. Oyster_____
          Nathan A. Oyster
          Caylin Jones
          Zareh Bursalyan
Attorneys for Defendants PAUL SEGURA, MARK GOODMAN, JOHN DRAPER, MICHAEL PRZYBYL, and JASON ZUHLKE

JOINT EXHIBIT LIST

-13-

## **ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 24, 2025

By: ___/s/ Rebecca Brown_____
Rebecca Brown
Attorney for Plaintiff

JOINT EXHIBIT LIST

-14-