Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, CA 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
PAUL SEGURA, MARK GOODMAN, JOHN DRAPER,
MICHAEL PRZYBYL, and JASON ZUHLKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLIE SAVAGE,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF WHITTIER, JEFF PIPER, PAUL SEGURA, MARK GOODMAN, JOHN DRAPER, MICHAEL PRZYBYL, JASON ZUHLKE, JEFFREY ROBERT, AND DOES 1 THROUGH 10,<br><br>                    Defendants. | Case No.  2:21-cv-08067-MWC-PD<br><br>**DEFENDANTS' WITNESS LIST**<br><br>Hearing on MIL(s) and Final Pretrial Conference:<br>Date:          11/21/2025<br>Time:          1:30 p.m.<br>Courtroom:     6A<br><br>Trial Date:    12/08/2025<br>Time:          8:30 a.m.<br>Courtroom:     6A<br><br>Judge:   Hon. Michelle Williams Court |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4910-4325-4389 v1

1

Case No. 2:21-cv-08067-MWC-PD
DEFENDANTS WITNESS LIST

Pursuant to Local Rule 16-5, Defendants PAUL SEGURA, MARK GOODMAN, JOHN DRAPER, MICHAEL PRZYBYL, and JASON ZUHLKE (hereinafter "Defendants") hereby submit the following list of witnesses they expect to present at trail:

| Witness Name | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Jason Zuhlke | Defendant Zuhlke will testify regarding his observations of Plaintiff Savage that preceded her arrest | 0.5 | | |
| Michael Pryzbyl | Defendant Pryzbyl will testify regarding the overall operations plan for the incident date, as well as his observations of Plaintiff Savage | 1.0 | | |
| Paul Segura | Defendant Segura will testify regarding his observations of Plaintiff and his directions to Defendants Draper and Goodman | 0.25 | | |

/ / /

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

| Witness Name | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| John Draper | Defendant Draper will testify regarding his arrest of Plaintiff. | 0.5 | | |
| Mark Goodman | Defendant Goodman will testify regarding his arrest of Plaintiff. | 0.5 | | |
| Kevin Ramos | If necessary, Sgt. Ramos will testify regarding the policies of the Whittier Police Department. | 0.25 | | |
| Custodian of records for OnScene.TV | If necessary, the custodian of records for OnScene.TV will authenticate a video of the incident posted on YouTube by OnScene.TV. | 0.25 | | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4910-4325-4389 v1

3

Case No. 2:21-cv-08067-MWC-PD
DEFENDANTS' WITNESS LIST

| Witness Name | Summary of Testimony/Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Keith Durflinger | Mr. Durflinger will testify regarding his observations of the incident and, if necessary, authenticate a video of the incident. | 0.25 | | |
| Clarence Chapman | Mr. Chapman is Defendants' police practice expert. | 1.0 | | |
| Dr. Keith Liberman | Dr. Liberman is Defendants' retained medical expert. | 1.0 | | |

Dated:  October 24, 2025                    BURKE, WILLIAMS & SORENSEN, LLP


By:     _____/s/ Nathan A. Oyster_____
Nathan A. Oyster
Caylin W. Jones
Attorneys for Defendants
PAUL SEGURA, MARK GOODMAN, JOHN DRAPER, MICHAEL PRZYBYL, and JASON ZUHLKE