Dan Stormer [S.B. #101967] / Rebecca Brown (#336638)
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Ave., Pasadena, CA 91103
Tel: (626) 585-9600 / Fax:  (626) 577-7079

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jolie Savage | CASE NUMBER: |
| **PLAINTIFF(S)** | 21-cv-08067-VAP-PD |
| v. | |
| City of Whittier, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| **DEFENDANT(S).** | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☐ Filed  ☑ Lodged:  (**List Documents)**

Exhibit 1 to Brown Declaration in support to MIL #1 - Video footage of the protest, produced in the course of discovery as CITY 409 (MTS 00006)

**Reason:**

☐ Under Seal

☐ In Camera

☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

October 24, 2025
Date

Rebecca Brown
Attorney Name

Plaintiff

Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                              NOTICE OF MANUAL FILING OR LODGING