# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOLIE SAVAGE,

                    Plaintiff,

          v.

CITY OF WHITTIER, PAUL SEGURA,
MARK GOODMAN, JOHN DRAPER,
MICHAEL PRZYBYL, JASON
ZUHLKE, JEFFREY ROBERT, AND
DOES 1 THROUGH 10.

                    Defendants.

Case No.: 21-cv-08067-MWC-PD

[Assigned to the Honorable Michelle
Williams Court - Department 6A]

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION IN LIMINE
NO. 2 TO XX**

Hearing on Motions *in Limine*:
Date:        November 21, 2025
Time:        1:30 p.m.
Courtroom: 6A

Complaint filed:    October 10, 2021
Trial:              December 8, 2025

[PROP] ORDER GRANTING
PLTFS' MIL #2 TO LIMIT ARG RE
VIOLATIONS OF LAW OUTSIDE PC

# [PROPOSED] ORDER

The Court, having considered Plaintiffs' Motion in *Limine* No. 2 to Limit Argument re. Violations of Law Outside of Probable Cause Analysis. **IT IS HEREBY ORDERED THAT** Plaintiffs' Motion in *Limine* No. 2 is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____       _____

                                    The Honorable Michelle Williams Court
                                    United States District Court Judge

[PROP] ORDER GRANTING
PLTFS' MIL #2 TO LIMIT ARG RE          -1-
VIOLATIONS OF LAW OUTSIDE PC