Dan Stormer [S.B. #101967] / Rebecca Brown (#336638)
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Ave., Pasadena, CA 91103
Tel: (626) 585-9600 / Fax: (626) 577-7079

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Jolie Savage | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 21-cv-08067-VAP-PD |
| v. | |
| City of Whittier, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Video Exhibits to Brown Declaration in support of MIL #2:
Exhibit 4 - Video footage of the protest, produced in the course of discovery as CITY 409 (MTS 00006)
Exhibit 5 - Video footage of the protest, produced in the course of discovery as CITY 409 (MTS 00004)
Exhibit 6 - Video footage of the protest, produced in the course of discovery as CITY 409 (MTS 00005)
Exhibit 13 - Video of the incident, produced in the course of discovery as IMG_6444.MOV
Exhibit 14 - Video of the incident, produced in the course of discovery as CITY 75

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| October 24, 2025 | Rebecca Brown |
|---|---|
| Date | Attorney Name |
| | Plaintiff |
| | Party Represented |

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                          NOTICE OF MANUAL FILING OR LODGING