UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOLIE SAVAGE,

        Plaintiff,

        v.

CITY OF WHITTIER, JEFF PIPER, PAUL SEGURA, MARK GOODMAN, JOHN DRAPER, MICHAEL PRZYBYL, JASON ZUHLKE, JEFFREY ROBERT, AND DOES 1 THROUGH 10,

        Defendants.

Case No.  2:21-cv-08067-MWC-PD

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE ARGUMENT THAT A DEFENDANT DID NOT PROVIDE CERTAIN INFORMATION IN DEPOSITION**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Having considered all the relevant arguments, papers and evidence regarding Defendants' Motion in Limine No. 1, for an Order to exclude argument that a defendant did not provide certain information in deposition, and GOOD CAUSE appearing therefor, IT IS HEREBY ORDERED:

1.      Plaintiff shall not offer any evidence or argument at trial that a Defendant or other Whittier PD witness did not provide certain information in deposition unless the deponent was asked a question during the deposition that would have elicited such a response.

IT IS SO ORDERED.

DATED: _____, 2025

_____
Honorable Michelle Williams Court
United States District Judge