UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLIE SAVAGE,<br><br>           Plaintiff,<br><br>        v.<br><br>CITY OF WHITTIER, JEFF PIPER, PAUL SEGURA, MARK GOODMAN, JOHN DRAPER, MICHAEL PRZYBYL, JASON ZUHLKE, JEFFREY ROBERT, AND DOES 1 THROUGH 10,<br><br>           Defendants. | Case No.  2:21-cv-08067-MWC-PD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. NO. 2** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Having considered all the relevant arguments, papers and evidence regarding Defendants' Motion in Limine No. 2, for an Order to exclude evidence or argument regarding the number of other arrests during the incident, and GOOD CAUSE appearing therefor, IT IS HEREBY ORDERED:

1.    Plaintiff shall not present any evidence at trial, including but not limited to testimony, exhibits, and argument, on the number of arrests of anti-police protestors or the lack of arrests of pro-police supporters during the incident.

IT IS SO ORDERED.

DATED: _____, 2025

_____
Honorable Michelle Williams Court
United States District Judge

Case No. 2:21-cv-08067-MWC-PD
[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION IN LIMINE NO. NO. 2