UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLIE SAVAGE,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF WHITTIER, JEFF PIPER, PAUL SEGURA, MARK GOODMAN, JOHN DRAPER, MICHAEL PRZYBYL, JASON ZUHLKE, JEFFREY ROBERT, AND DOES 1 THROUGH 10,<br><br>        Defendants. | Case No.  2:21-cv-08067-MWC-PD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 4 TO TRIFURCATE TRIAL 4** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4926-5615-6277 v2

1

Case No. 2:21-cv-08067-MWC-PD
[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION IN LIMINE NO. 4

Having considered all the relevant arguments, papers and evidence regarding Defendants' Motion in Limine No. 4 for an Order to Trifurcate Trial, and GOOD CAUSE appearing therefor, IT IS HEREBY ORDERED:

Trial is trifurcated into the following three phases.  Phase 1 shall determine liability and entitlement to punitive damages.  Phase 2, if necessary, shall determine the amount of compensatory damages.  Phase 3, if necessary, shall determine the amount, if any, of punitive damages.

IT IS SO ORDERED.

DATED:  _____, 2025

_____
Honorable Michelle Williams Court
United States District Judge