UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLIE SAVAGE,<br><br>             Plaintiff,<br><br>        v.<br><br>CITY OF WHITTIER, JEFF PIPER, PAUL SEGURA, MARK GOODMAN, JOHN DRAPER, MICHAEL PRZYBYL, JASON ZUHLKE, JEFFREY ROBERT, AND DOES 1 THROUGH 10,<br><br>             Defendants. | Case No.  2:21-cv-08067-MWC-PD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 3** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Having considered all the relevant arguments, papers and evidence regarding Defendants' Motion in Limine No. 3, and GOOD CAUSE appearing therefor, IT IS HEREBY ORDERED:

1.     Plaintiff shall not offer any evidence or testimony at trial regarding her surgery.

IT IS SO ORDERED.

DATED: _____, 2025

_____
Honorable Michelle Williams Court
United States District Judge