UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:21-cv-08067-MWC-PDx                          Date: November 7, 2025

Title     *Jolie Savage v. City of Whittier, et al.*

Present:  The Honorable: Patricia Donahue, United States Magistrate Judge

|                      Isabel Verduzco                       |                      N/A                       |
| :---: | :---: |
|                    Deputy Clerk                    |              Court Reporter / Recorder              |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| :---: | :---: |
| N/A | N/A |

**Proceedings (In Chambers):   Order Regarding Settlement Conference**

The Settlement Conference will take place in person before Magistrate Judge Patricia Donahue on **November 12, 2025, at 9:00 a.m. in Courtroom 580 at the Roybal Federal Courthouse.**

The purpose of the Settlement Conference is to permit an informal discussion between the attorneys, parties, and the settlement judge, of every aspect of the case bearing on its settlement value.  In connection with the Settlement Conference, the Court also orders as follows:

## 1. Mandatory Participation and Attendees

Everyone whose decision is necessary for settlement must participate in the Settlement Conference, even if a party, representative, or counsel is located outside the Central District of California and be present for the entire duration of the Conference.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:21-cv-08067-MWC-PDx                    Date: November 7, 2025

Title       *Jolie Savage v. City of Whittier, et al.*

### 2.  Confidential Communications

Local Rule 16-15.8 is adopted for this settlement proceeding, as described herein.  Pursuant to Local Rule 16-15.8 and Federal Rules of Evidence 408, all settlement proceedings shall be confidential, and no statement made therein shall be admissible in any proceeding in the case, unless the parties otherwise agree in writing.  No part of a settlement proceeding shall be reported or otherwise recorded, without the consent of the parties, except to take the appearances of the parties and for any memorialization of a settlement that the parties seek to place on the record. Counsel are reminded, and must also notify their clients, that the Local Rules of Court prohibit non-court personnel from recording or broadcasting these proceedings.  *See* L.R. 83-6 et. seq.

Judge Donahue may, in her discretion, converse with the lawyers, the parties, or any one of them outside of the hearing of the others.  Judge Donahue also may, in her discretion, converse with the lawyers ex parte by telephone in advance of the Settlement Conference.  The comments of Judge Donahue during any such separate sessions or ex parte conversations are not to be recorded or used by counsel in any way during the Settlement Conference, in any court proceedings, or in settlement negotiations with opposing counsel either before or after the Settlement Conference.

Judge Donahue will not report the substance of any settlement discussions to the assigned District Judge, other than the fact of whether a settlement was reached or not.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:21-cv-08067-MWC-PDx                          Date: November 7, 2025

Title      _Jolie Savage v. City of Whittier, et al._

### 3. Pre-Settlement Conference Statements

By **November 10, 2025,** each party shall submit, ex parte, a
Confidential Settlement Conference Statement via email to the chambers
email.  The Statements should not be filed with the Clerk of the Court, and
the Statements will not be made part of the case file.  The Statements should
be in the form of a letter and not exceed 10 pages.  The Statement should
include the following.

(1)    A brief statement of the facts of the case, including the party's
claims and defenses. The statement should include citations to the
applicable statutory or other grounds upon which claims or defenses
are based.  This statement should identify the major factual and legal
issues in dispute and cite any controlling authorities.

(2)    An itemized statement of the monetary damages claimed and of
any other relief sought, including the evidentiary bases for the
monetary damages and/or other relief sought.

(3)    A history of all prior settlement discussions, offers and demands.

(4)    The approximate amount of attorney's fees, time and costs
expended to date, and an estimate of the fees, time and costs to be
expended for further discovery, pretrial proceedings, and trial.

(5)    Any other relevant circumstance, information or variable that
counsel believe will assist the Court in conducting a productive
conference.

IT IS SO ORDERED.