Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, CA 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
PAUL SEGURA, MARK GOODMAN, JOHN DRAPER,
MICHAEL PRZYBYL, and JASON ZUHLKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLIE SAVAGE,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF WHITTIER, JEFF PIPER, PAUL SEGURA, MARK GOODMAN, JOHN DRAPER, MICHAEL PRZYBYL, JASON ZUHLKE, JEFFREY ROBERT, AND DOES 1 THROUGH 10,<br><br>        Defendants. | Case No.  2:21-cv-08067-MWC-PD<br><br>**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**<br><br><br><br>Trial Date:    December 8, 2025<br>Time:        10:00 a.m.<br><br>Judge:  Hon. Michelle Williams Court |

Defendants PAUL SEGURA, MARK GOODMAN, JOHN DRAPER, MICHAEL PRZYBYL, and JASON ZUHLKE (hereinafter "Defendants") hereby submit their proposed voir dire questions, as follows:

///

///

///

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4914-1850-3288 v1

1

Case No. 2:21-cv-08067-MWC-PD
DEFENDANTS' PROPOSED VOIR DIRE
QUESTIONS

# DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

1. Have you or a member of your family ever worked as a law enforcement officer?

2. Have you or a member of your family ever had a negative experience with a law enforcement officer? If so, please explain the person/people and the circumstances.

3. Have you or a member of your family ever participated in a protest, demonstration, or rally relating to an incident involving law enforcement?

4. Have you or a member of your family ever participated in a protest, demonstration, or rally relating to the Black Lives Matter movement?

5. Have you or a member of your family participated in a protest, demonstration, or rally of any kind since the start of 2020?

6. Have you or a member of your family ever had an interaction with the Whittier Police Department? If so, please explain the person/people and the circumstances.

7. Do you have a favorable or unfavorable view of police officers in the United States?

8. Do you have a favorable or unfavorable view of the system of policing in the United States?

9. Do you have a favorable or unfavorable view of the Black Lives Matter movement?

10. When instructed by the Court on the law that you are to follow to reach a verdict, will you do so even if that means a Plaintiff does not receive compensation?

///

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4914-1850-3288 v1

2

Case No. 2:21-cv-08067-MWC-PD
DEFENDANTS' PROPOSED VOIR DIRE
QUESTIONS

11.    If the Court issues an instruction during the course of the trial that you are to disregard certain evidence you heard or saw, will you follow that instruction even if you disagree with it?

Dated:  November 7, 2025                         BURKE, WILLIAMS & SORENSEN, LLP


By:  _____/s/ Nathan A. Oyster_____
Nathan A. Oyster
Caylin W. Jones
Zareh Bursalyan
Attorneys for Defendants
PAUL SEGURA, MARK GOODMAN, JOHN DRAPER, MICHAEL PRZYBYL, and JASON ZUHLKE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4914-1850-3288 v1

3

Case No. 2:21-cv-08067-MWC-PD
DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS