UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:21-cv-08067-MWC-PDx                    Date: November 12, 2025

Title     _Jolie Savage v. City of Whittier, et al._

Present:  The Honorable: Patricia Donahue, United States Magistrate Judge

|              Isabel Verduzco              |              Court Smart 11/12/25              |
|:-----------------------------------------:|:---------------------------------------------:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|----------------------------------|----------------------------------|
| Olu K. Orange<br>Rebecca Brown | Nathan A. Oyster |

**Proceedings:  Settlement Conference**

On November 12, 2025 ,the Court conducted a settlement conference. The parties reached a full and complete settlement of the case and placed the material terms on the record.

4:00